# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VENCIL C. GREEN, | Case No. 1:17-cv-00545-AWI-EPG-HC |
|---|---|
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS |
| v. | |
| J. LIZARRAGA, | |
| Respondent. | (ECF No. 16) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 27, 2017, Respondent requested an enlargement of time to file a reply to Petitioner's opposition to the motion to dismiss because counsel has not yet received records necessary to properly address Petitioner's claims. (ECF No. 16).

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Respondent is granted to and including July 31, 2017, to file a reply to Petitioner's opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated: **June 28, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE